## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter: 13

    Robert Koch Eby, III

            Debtor(s)                        Bankruptcy No: 23−10542−pmm

### *O R D E R*

**AND NOW,** this 27th day of February, 2023 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Atty Disclosure Statement due 03/10/2023.
      Chapter 13 Plan due by 03/10/2023.
      Chapter 13 Statement of Your Current Monthly Income and
      Calculation of Commitment Period Form 122C−1 Due 03/10/2023.
      Means Test Calculation Form 122C−2, If Applicable, Due 03/10/2023.
      Schedules AB−J due 03/10/2023.
      Statement of Financial Affairs due 03/10/2023.
      Summary of Assets and Liabilities Form B106 due 03/10/2023.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                            By the Court

                                                                Patricia M. Mayer
                                     Judge , United States Bankruptcy Court