# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert Koch Eby III                 CHAPTER

<u>Debtor(s)</u>

BKY. NO. 23-10542 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
09 Mar 2023, 13:27:56, EST

                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322