**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Robert Koch Eby, III | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10542-pmm |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 27, 2023 and this case be and the same is hereby DISMISSED.

**Date: March 17, 2023**

_____
Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 - If Applicable
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106 due