United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-10542-pmm
Robert Koch Eby, III                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                        Page 1 of 2
Date Rcvd: Mar 17, 2023                       Form ID: pdf900                                     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Koch Eby, III, 10 Woodcrest Drive, Conestoga, PA 17516-9706 |
| 14763607 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760153 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 17 2023 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2023 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2023 00:11:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760144 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2023 00:11:37 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14760146 | + | Email/Text: info@financesysteminc.com | Mar 17 2023 23:58:00 | Finance System, Inc., 5703 National Road East, PO Box 786, Richmond, IN 47375-0786 |
| 14760147 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 17 2023 23:58:00 | GreenSky, LLC, 1797 NE Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14760148 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2023 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14760149 | ^ | MEBN | Mar 17 2023 23:57:20 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14760150 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2023 23:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14760151 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:58:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 14760152 | + | Email/PDF: ebnotices@pnmac.com | Mar 18 2023 00:11:38 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14760229 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2023 00:11:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760145 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2023 23:58:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |

District/off: 0313-4                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 17, 2023                                 Form ID: pdf900                              Total Noticed: 16
TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | |
| | on behalf of Debtor Robert Koch Eby  III pmurphy@dplglaw.com, kgreene@dplglaw.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Robert Koch Eby, III | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10542-pmm |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the order dated February 27, 2023 and this case be and the

same is hereby DISMISSED.

*Patricia M. Mayer*

**Date: March 17, 2023**

_____
Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 - If Applicable
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106 due