# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III <br><br> **Debtor(s)** | **Chapter** 13 <br><br> **Case No.** 23-10542-PMM <br><br> **Matter:** Motion to Reconsider Dismissal of Case |

## DEBTOR(S)' MOTION TO RECONSIDER DISMISSAL OF CASE

AND NOW, come the Debtor(s), Robert Koch Eby, III, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reconsider Dismissal of Case and aver as follows:

1. Debtor(s) filed a Chapter 13 Petition on or about February 24, 2023.

2. On or about February 27, 2023, an Order was entered that Debtor(s) failed to file required documentation with the petition, and that the case may be dismissed for failure to file said documents on or before March 10, 2023.

3. An Order dismissing Debtor(s)' case for failing to timely file the required documents was entered on March 17, 2023.

4. On March 20, 2023, Debtor(s) provided all required documentation for completing the petition.

5. The petition and plan were reviewed with Debtor(s) and are ready to be filed with this Honorable Court.

6. Debtor(s) are ready to file the schedules, statements, and/or plans as required.

WHEREFORE, Debtor(s) respectfully requests this Court to reconsider dismissal of this case and allow the case to proceed.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: March 20, 2023

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Robert Koch Eby, III | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 23-10542-PMM |
| | **Matter:** Motion to Reconsider Dismissal of Case |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Dismissal of Case, IT IS ORDERED that the Court's Order of March 17, 2023 IS HEREBY VACATED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.

Date:

Patricia M. Mayer, Bankruptcy Judge