**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 23-10542-PMM |
| | **Matter:** Motion to Reconsider Dismissal of Case |

**AMENDED ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Dismissal of Case, IT IS ORDERED that the Court's Order of March 17, 2023 IS HEREBY VACATED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.

IT IS FURTHER ORDERED that: (1) the deadline for claims is HEREBY EXTENDED for an additional 34 days from the original May 5, 2023 deadline;(2) the deadline for governmental claims is HEREBY EXTENDED for an additional 34 days from the original August 23, 2023 deadline; and (3) Debtor(s) will serve a copy of this Amended Order of Court upon creditors as listed in the mailing matrix, and a Certificate of Service shall be filed upon the docket reflecting the same.

Date:

Patricia M. Mayer, Bankruptcy Judge