United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert Koch Eby, III  
    Debtor

Case No. 23-10542-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Apr 20, 2023      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Koch Eby, III, 10 Woodcrest Drive, Conestoga, PA 17516-9706 |
| 14763607 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760153 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 20 2023 23:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 20 2023 23:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 00:02:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760144 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 21 2023 00:02:19 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14760146 | + | Email/Text: info@financesysteminc.com | Apr 20 2023 23:57:00 | Finance System, Inc., 5703 National Road East, PO Box 786, Richmond, IN 47375-0786 |
| 14760147 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 20 2023 23:57:00 | GreenSky, LLC, 1797 NE Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14760148 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2023 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14760149 | ^ | MEBN | Apr 20 2023 23:53:21 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14760150 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 23:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14760151 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2023 23:57:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 14760152 | + | Email/PDF: ebnotices@pnmac.com | Apr 21 2023 00:02:40 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14760229 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 00:02:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760145 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 20 2023 23:57:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 20, 2023 | Form ID: pdf900 | Total Noticed: 16 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2023           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

**Name**          **Email Address**

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

PAUL DONALD MURPHY-AHLES
          on behalf of Debtor Robert Koch Eby  III pmurphy@dplglaw.com, kgreene@dplglaw.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 23-10542-PMM |
| | **Matter:** Motion to Reconsider Dismissal of Case |

**ORDER OF COURT**

UPON CONSIDERATION of the Debtor's Motion to Reconsider Dismissal of Case, IT IS ORDERED that the Court's Order of March 17, 2023 IS HEREBY VACATED. The above-referenced Chapter 13 case may be reactivated; and the Clerk is hereby authorized to respond accordingly.

IT IS FURTHER ORDERED that: (1) the deadline for claims is HEREBY EXTENDED for an additional 34 days from the original May 5, 2023 deadline;(2) the deadline for governmental claims is HEREBY EXTENDED for an additional 34 days from the original August 23, 2023 deadline; and (3) Debtor(s) will serve a copy of this Amended Order of Court upon creditors as listed in the mailing matrix, and a Certificate of Service shall be filed upon the docket reflecting the same.

Date: **April 20, 2023**

*Patricia M. Mayer*

Patricia M. Mayer, Bankruptcy Judge