**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III<br><br>**Debtor(s)**<br><br>PennyMac Loan Services, LLC<br>**Movant(s)**<br>v.<br>Robert Koch Eby, III<br>**Respondent(s)**<br>Scott F. Waterman, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 23-10542-PMM<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 40 |

**DEBTOR(S)' RESPONSE TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Robert Koch Eby, III, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Response to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Denied. Debtor(s) are without sufficient knowledge as to the averments as stated in Paragraph 7; therefore, they are denied.

8. Admitted.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

10. Paragraph 10 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                            Respectfully submitted,
                                            **DETHLEFS PYKOSH & MURPHY**

Date: May 19, 2023                                   /s/ Paul D. Murphy-Ahles

                                            Paul D. Murphy-Ahles, Esquire
                                            PA ID No. 201207
                                            2132 Market Street
                                            Camp Hill, PA 17011
                                            (717) 975-9446
                                            pmurphy@dplglaw.com
                                            *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert Koch Eby, III **Debtor(s)** | **Chapter** 13 |
| | **Case No.** 23-10542-PMM |
| PennyMac Loan Services, LLC **Movant(s)** v. Robert Koch Eby, III **Respondent(s)** Scott F. Waterman, Esquire Standing Chapter 13 Trustee **Additional Respondent** | **Matter:** Motion for Relief from the Automatic Stay **Document No.** 40 |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, May 19, 2023, I served a true and correct copy of the **Debtor(s)' Response to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Michael Farrington, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire