# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert Koch Eby III**<br>      Debtor<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>      Movant<br><br>   vs.<br><br>**Robert Koch Eby III**<br>**Scott F. Waterman, Trustee**<br>      Respondents | **CHAPTER 13**<br><br><br>**NO.** 23-10542 PMM |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PENNYMAC LOAN SERVICES, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge