# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert Koch Eby III**<br>　　　　　　　　　**Debtor**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Robert Koch Eby III**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10542 PMM |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **June 9, 2023**.

Scott F. Waterman, Trustee
2901 St. Lawrence Ave., Suite 100 (VIA ECF)
Reading, PA 19606

Paul Donald Murphy-Ahles, Esq.
Dethlefs Pykosh & Murphy (VIA ECF)
2132 Market Street
Camp Hill, PA 17011

Robert Koch Eby III
10 Woodcrest Drive
Conestoga, PA 17516

Date: June 9, 2023

　　　　　　　　　　　　　　　　　By: /s/Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant