| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10542-PMM

| | |
|---|---|
| Robert Koch Eby, III | Petition Filed Date: 02/24/2023 |
| 10 Woodcrest Drive | 341 Hearing Date: 06/27/2023 |
| Conestoga  PA   17516 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/26/2023 | $1,287.00 | 900001 | 06/26/2023 | $1,287.00 | 900003 | 07/27/2023 | $1,287.00 | 900005 |
| 07/31/2023 | ($1,287.00) | 900005 | | | | | | |

**Total Receipts for the Period: $2,574.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,574.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $4,111.30 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $128.14 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $5,516.50 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC »» 002 | Unsecured Creditors | $3,550.03 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 03S | Secured Creditors | $6,586.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $30,875.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $18,337.00 | $0.00 | $0.00 |
| 8 | GREENSKY LLC »» 004 | Unsecured Creditors | $7,445.00 | $0.00 | $0.00 |
| 9 | PENNYMAC  LOAN SERVICES LLC »» 005 | Mortgage Arrears | $74,172.72 | $0.00 | $0.00 |

Chapter 13 Case No. 23-10542-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $2,574.00 | Current Monthly Payment: | $1,287.00 |
| Paid to Claims: | $0.00 | Arrearages: | $3,861.00 |
| Paid to Trustee: | $231.66 | Total Plan Base: | $77,220.00 |
| Funds on Hand: | $2,342.34 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.