UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Robert Koch Eby, III<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-10542-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of August, 2023, by first class mail upon those listed below:

Robert Koch Eby, III
10 Woodcrest Drive
Conestoga, PA  17516

**Electronically via CM/ECF System Only:**

PAUL D. MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011

                                                                   */s/ Kristen Gliem*
                                                                   Kristen Gliem
                                                                   for
                                                                   Scott F. Waterman, Esquire
                                                                   Standing Chapter 13 Trustee