United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert Koch Eby, III  
    Debtor

Case No. 23-10542-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Sep 21, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Koch Eby, III, 10 Woodcrest Drive, Conestoga, PA 17516-9706 |
| 14763607 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760153 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 21 2023 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 21 2023 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14760144 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2023 23:47:41 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14760146 | + | Email/Text: info@financesysteminc.com | Sep 21 2023 23:46:00 | Finance System, Inc., 5703 National Road East, PO Box 786, Richmond, IN 47375-0786 |
| 14786010 | | Email/Text: bankruptcy@greenskycredit.com | Sep 21 2023 23:46:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 14760147 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 21 2023 23:45:00 | GreenSky, LLC, 1797 NE Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14760148 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2023 23:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14760149 | ^ | MEBN | Sep 21 2023 23:41:10 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14760150 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2023 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14760151 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 14760153 | ^ | MEBN | Sep 21 2023 23:41:00 | PPL Electric Utilities, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 14775804 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 21 2023 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14760152 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2023 23:47:39 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14788127 | + | Email/PDF: ebnotices@pnmac.com | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 18

|  |  |  | Sep 21 2023 23:47:10 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| --- | --- | --- | --- | --- |
| 14760229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:59:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760145 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 21 2023 23:46:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

PAUL DONALD MURPHY-AHLES
  on behalf of Debtor Robert Koch Eby  III pmurphy@dplglaw.com, kgreene@dplglaw.com

SCOTT F. WATERMAN [Chapter 13]
  on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Robert Koch Eby, III         :   Chapter 13
                                       :
         Debtor                        :   Bky. No.  23-10542-pmm

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **September 21, 2023**

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**